Kim R. Wilson (3512)
P. Matthew Cox (9879)
**SNOW, CHRISTENSEN & MARTINEAU**
Attorneys for CPI Corp.
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 10M-20334 |
| | (Chapter 7) |
| **KIDDIE KANDIDS, LLC ,** | **APPEARANCE OF COUNSEL** |
| Debtor. | **AND REQUEST FOR NOTICE** |

Kim R. Wilson and the law firm Snow, Christensen & Martineau hereby enter their appearance as counsel for CPI Corp., a party-in-interest, and request that they be added to the mailing matrix in the above-referenced proceeding, further that they receive notice of all future hearings, copies of all pleadings, and mailings therein, at the following address:

>Kim R. Wilson
>Snow, Christensen & Martineau
>10 Exchange Place, Eleventh Floor
>Post Office Box 45000
>Salt Lake City, Utah 84145

DATED this 28th day of January, 2010.

>SNOW CHRISTENSEN & MARTINEAU
>
>By   /s/ Kim R. Wilson
>   Kim R. Wilson
>   P. Matthew Cox
>   Attorney for CPI Corp.

CERTIFICATE OF SERVICE

I, Kim R. Wilson, attorney for CPI Corp., hereby certify that on this 28th day of January, 2010, I served a copy of the APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE, to the following parties in the manner indicated:

>Duane H. Gillman (via ECF)
>Durham Jones & Pinegar
>111 East Broadway, Ste 900
>P.O. Box 4050
>Salt Lake City, UT 84110-4050
>
>Anna W. Drake (via ECF)
>175 South Main Street, Ste 1250
>Salt Lake City, UT 84111

/s/ Kim R. Wilson